# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

QEUINTON D. ROBINSON,                    No. CIV S-06-0753-MCE-CMK-P

        Petitioner,

  vs.                                                              ORDER

Unknown,

        Respondent.

_____/

        Petitioner, a state prisoner proceeding pro se, appears to seek a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Pending before the court is petitioner's document (Doc. 1), filed on April 5, 2006.

        Rule 2(c) of the Federal Rules Governing Section 2254 Cases requires that every habeas corpus petition must: (1) specify all the grounds for relief; (2) state the facts supporting each ground for relief; (3) state the relief requested; (4) be printed, typewritten, or legibly handwritten; and (5) be signed under penalty of perjury.  In the instant case, the petition fails to meet one or more of these requirements. It appears that petitioner would benefit from the aid of the court's form habeas corpus application, which will be forwarded to petitioner.

        Petitioner will be provided an opportunity to file a petition which satisfies Rule 2(c).

        In addition, petitioner has not filed an application to proceed in forma pauperis or

1 paid the required filing fee. See 28 U.S.C. §§ 1914(a), 1915(a). Petitioner will be provided the
2 opportunity to submit either a completed application to proceed in forma pauperis or the
3 appropriate filing fee.
4       Petitioner is warned that failure to comply with this order may result in the
5 dismissal of this action. See Local Rule 11-110.
6       Accordingly, IT IS HEREBY ORDERED that:
7       1.    Petitioner shall submit on the form provided by the Clerk of the Court,
8 within 30 days from the date of this order, a complete application for leave to proceed in forma
9 pauperis, or the appropriate filing fee; and
10       2.    Petitioner's apparent petition for writ of habeas corpus (Doc. 1), filed on
11 April 5, 2006, is dismissed with leave to amend;
12       3.    Petitioner shall file a petition on the form employed by this court, and
13 which satisfies the requirements of Rule 2(c) of the Federal Rules Governing Section 2254
14 Cases, within 30 days of the date of this order;
15       4.    The Clerk of the Court is directed to send petitioner a new form
16 Application to Proceed In Forma Pauperis By a Prisoner; and
17       5.    The Clerk of the Court is directed to send petitioner the court's form
18 habeas corpus application.

20 DATED: April 25, 2006.

22                                 **CRAIG M. KELLISON**
23                                 UNITED STATES MAGISTRATE JUDGE